UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FREEDOM MORTGAGE CORPORATION,
                Plaintiff,

v.                                                                                    **ORDER**

JONATHAN B. VELEZ and CARISSA                         23 CV 133 (VB)
VELEZ,
                Defendants.
--------------------------------------------------------------x

       On January 6, 2023, plaintiff commenced the instant action by filing a complaint. (Doc. #1). Also on January 6, 2023, plaintiff requested a summons as to defendants, which the Clerk of Court issued on January 9, 2023. (Docs. ##3, 5).

       However, to date, the docket does not reflect that either defendant has been served.

       On April 11, 2023, the Court issued an Order warning plaintiff that this action would be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) unless, on or before April 18, 2023, plaintiff either: (i) filed on the ECF docket proof of service, indicating each defendant was served on or before April 6, 2023; or (ii) showed good cause in writing for plaintiff's failure to comply with Rule 4(m).

       To date, plaintiff has failed to respond to the April 11 Order.

       Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m).

       The Clerk is instructed to close this case.

Dated: April 19, 2023
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge